SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Art Restaurants California,<br>Inc., et al,<br><br>          Defendants | Case No. **2:09-cv-00213-KJM-KJN**<br><br>**STIPULATION RE REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

   Plaintiff, Scott N. Johnson, and Defendant, Art Restaurants California, Inc., by and through their respective attorneys of record (Scott N. Johnson; Catherine M. Corfee) hereby request an extension of time until February 15, 2011 to file dispositional documents for this case.  Plaintiff and Defendant are in the process of finalizing a settlement agreement and need longer than the 20 day grace period.

STIPULATION AND PROPOSED ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-09-cv-00213-MCE-KJN - 1

Dated:   January 21, 2011                    /s/Scott N. Johnson

                                             Scott N. Johnson,

                                             Attorney for Plaintiff


Dated:   January 21, 2011                    /s/ Catherine M. Corfee

                                             Catherine M. Corfee,

                                             Attorney for Defendant,

                                             Art Restaurants
                                             California, Inc.

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than February 15, 2011.

Dated: February 10, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-09-cv-00213-MCE-KJN - 2